

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00575-CV

Carlton Clardy **JONES**, as Trustee for the Jones Carlton & Shirley Family Trust and the Shirley Mann Jones Bypass Trust,
Appellants

v.

**FARRIMOND CASTILLO AND BRESNAHAN, P.C.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-16312
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the parties' agreed motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED WITH PREJUDICE. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, all court costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

SIGNED March 5, 2025.

_____
Adrian A. Spears II, Justice